**Opinion issued June 19, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00517-CV

————————————

## IN RE STARRY SKIES RANCH, L.P., JO ARC RESOURCES, INC., AND SALLY BLACKIE SENGEL, INDIVIDUALLY, RELATORS

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Starry Skies Ranch, L.P., Jo Arc Resources, Inc., and Sally Blackie Sengel, Individually, have filed a petition for a writ of mandamus, challenging the trial court's order denying their motion to refer the underlying lawsuit to arbitration.[1]

---

[1] The underlying case is *Chappell Hill Construction, Inc. v. Starry Skies Ranch, L.P., Jo Arc Resources, Inc., and Sally Blackie-Sengel, Individually*, Cause No. 36211, in the 335th District Court of Washington County, Texas, the Honorable Reva L. Towslee Corbett presiding.

Because relators have an adequate remedy by appeal, we deny the petition. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.098(a)(1) (West 2011) (providing for interlocutory appeal of order denying application to compel arbitration); *see also In re Hart of Tex. Cattle Feeders, LLC*, No. 07-16-00194-CV, 2016 WL 3180436, at *2 (Tex. App.—Amarillo June 2, 2016, orig. proceeding) (mem. op.) (denying mandamus petition when relators had right to pursue interlocutory appeal of order denying motion to compel arbitration).[2]

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

---

[2]  *See* TEX. R. APP. P. 25.1 (providing appeal is perfected "when a written notice of appeal is filed with the trial court clerk); 26.1 (setting out time for filing notice of appeal), 26.3 (providing for extension of time to file notice of appeal).